JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JACOB DRUMMONDO-FARIAS,

                Petitioner,

    v.

FELICIA PONCE, Warden,

                Respondent.

Case No. 2:19-cv-06582-SVW (AFM)

**JUDGMENT**

    This matter came before the Court on the Petition of JACOB DRUMMONDO-FARIAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for lack of jurisdiction.

DATED:   November 20, 2019

                                _____

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE